IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Burks, Anita Louise | Case Number: 05 B 09933 |
| | Judge: Hollis, Pamela S |
| Printed: 9/30/08 | Filed: 3/18/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: August 21, 2008
Confirmed: June 27, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 33,379.00 | |
| Secured: | | 18,083.82 |
| Unsecured: | | 12,178.91 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 1,690.68 |
| Other Funds: | | 1,425.59 |
| Totals: | 33,379.00 | 33,379.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Delmar Financial Company | Secured | 0.00 | 0.00 |
| 2. | Delmar Financial Company | Secured | 18,083.82 | 18,083.82 |
| 3. | Educational Credit Management Corp | Unsecured | 12,178.91 | 12,178.91 |
| | | | _____ | _____ |
| | | | $ 30,262.73 | $ 30,262.73 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 45.28 |
| 5.5% | 383.43 |
| 5% | 115.58 |
| 4.8% | 221.44 |
| 5.4% | 739.41 |
| 6.5% | 185.54 |
| | _____ |
| | $ 1,690.68 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

